BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H.T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Defendant, U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WARDLAW, FEINSTEIN FOR SENATE COMMITTEE, AND FUND FOR THE MAJORITY COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | 2:13-CV-379-TLN-DAD<br><br>**DEFENDANT'S NOTICE OF DISCLOSURE TO PLAINTIFFS AND REQUEST TO DISMISS WITH PREJUDICE; ORDER** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the contents of computers/servers of Durkee and Associates LLC in the custody of the FBI that are the subject of this action have been disclosed to plaintiffs as provided in the Stipulation and Order Settling Action filed April 22, 2013. Therefore, this action should be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

Dated: June 7, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

## ORDER

This action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

It is SO ORDERED.

DATED: June 19, 2013

                                                   Troy L. Nunley
                                                   United States District Judge